UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FAIRVIEW INVESTMENT FUND IV,
LP,

          **Plaintiff,**

v.                                                Case No: 6:17-cv-1669-Orl-18TBS

SOMPALLI HOLDINGS, LLC, VINEEL
SOMPALLI and ORLANDO HEART &
VASCULAR CENTER, LLC,

          **Defendants.**

___

## ORDER

This cause came on for consideration on Plaintiff's Motion for Attorneys' Fees and Taxable Costs (the "Motion") (Doc. 43), to which Defendants Sompalli Holdings, LLC, Vineel Sompalli, and Orlando Heart & Vascular Center, LLC responded in opposition (Doc. 46). On December 18, 2018, the United States Magistrate Judge entered a report and recommendation (the "Report and Recommendation") (Doc. 47), recommending that the Motion be granted in part and denied in part.

Having reviewed the Report and Recommendation (Doc. 47), and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United State Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 47) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Attorneys' Fees and Taxable Costs (Doc. 43) is **GRANTED in part** and **DENIED in part**.

3. Plaintiff Fairview Investment Fund IV, LP is awarded **$93,067.07** in attorneys' fees against Defendants Sompalli Holdings, LLC, Vineel Sompalli, and Orlando Heart & Vascular Center, LLC, jointly and severally. Additionally, costs shall be **TAXED** against Defendants in the amount of **$2,493.90**. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly.

**DONE and ORDERED** in Orlando, Florida, this _15_ day of January, 2019.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record